```
SKYLINE MEDICAL CENTER            Name: ANDERSON,RYAN
3441 DICKERSON PIKE               Phys: Ezeamama,Nkemka O   MD
NASHVILLE TENNESSEE 37207         DOB: ████████   Age: 35   Sex: M
MEDICAL IMAGING                   Acct: G00632038077  Loc: UNK
PHONE #: 615-769-2400             Exam Date: 12/22/2022 Status: DEP ER
  FAX #: 615-769-2447             Radiology No:
                             Unit No: G001076486
```

EXAMS:
003584716 CT LEV 2 CHST/ABD/PELW T/L SPI

PROCEDURE:  - CT LEV 2 CHST/ABD/PELW T/L SPI

REASON FOR STUDY: trauma

RELEVANT CLINICAL INFORMATION: RT RIB PAIN S/P ALTERCATION; POSS BROKEN NOSE

TECHNIQUE: Helical CT images were obtained through the chest, abdomen, pelvis following intravenous contrast. The patient received 100 cc of Isovue-300 intravenously for the exam. Additional dedicated coronal and sagittal reformatted images of the thoracolumbar spine were obtained.

Per CMS specifications, dose optimization techniques including at least one of the following were performed, as appropriate: Automated exposure control, Adjustment of the mA and/or kV according to the patient's size, use of iterative reconstruction techniques.

COMPARISON:  None.

FINDINGS:

Chest:

The lungs are well-inflated and clear. No consolidation or effusion. No pneumothorax. No mediastinal widening. Limited air in the right neck soft tissues probably iatrogenic.

ABDOMEN:

No free air. No free fluid. No dilated bowel. No solid organ injury. No hydronephrosis or hydroureter.

Pelvis:

No free fluid or dilated bowel. The bladder is moderately distended. No localized defects. No pelvic mass or free fluid. Appendix is normal.

Spine/bones:
Nondisplaced rib fracture right rib 10 laterally along the costochondral junction. Normal AP alignment of the thoracic spine. Bony thoracic canal appears maintained.

PAGE  1               Signed Report              (CONTINUED)

SKYLINE MEDICAL CENTER        Name: ANDERSON,RYAN
3441 DICKERSON PIKE           Phys: Ezeamama,Nkemka O   MD
NASHVILLE TENNESSEE 37207     DOB: ███████    Age: 35      Sex: M
MEDICAL IMAGING               Acct: G00632038077  Loc: UNK
PHONE #: 615-769-2400         Exam Date: 12/22/2022 Status: DEP ER
   FAX #: 615-769-2447        Radiology No:
                              Unit No: G001076486

EXAMS:
003584716 CT LEV 2 CHST/ABD/PELW T/L SPI

Mild irregularity superior endplate L1 suggesting potential minimally depressed compression fracture. No posterior involvement. The lumbar spinal canal is maintained. The remaining vertebral heights generally maintained. Mild chronic degenerative endplate changes inferiorly at L2 and T9.

IMPRESSION:
1. Minimal anterior compression fracture L1.

2. Nondisplaced rib fracture right rib 10.

3. Limited air in the base of the right neck soft tissues probably

iatrogenic.

```
** Electronically Signed by James Stallworth MD **
**           on 12/22/2022 at 1550              **
       Reported and signed by: James Stallworth, MD
```

CC: Nkemka O Ezeamama MD

Technologist: MICHAEL RUFFIN RT (CT)
Transcribed Date/Time: 12/22/2022 (1539)
Electronic Signature Date/Time: 12/22/2022 (1550)
Orig Print D/T: S: 12/22/2022 (1552)
                                  BATCH NO: N/A

PAGE  2                  Signed Report