> Motion GRANTED.
> Extension as requested.
> *[signature]*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RYAN MARTIN ANDERSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | Civil Action No. 3:23-cv-01309 |
| ) | Judge Aleta Trauger |
| CHEATHAM COUNTY SHERIFF'S ) | JURY DEMAND |
| DEPARTMENT, SHERIFF TIM ) | |
| BINKLEY, CHEATHAM COUNTY ) | |
| JAIL, MUNICIPAL GOVERNMENT ) | |
| OF CHEATHAM COUNTY, DEPUTY ) | |
| ZACHARY ROESLER, AND ) | |
| DEPUTY MICHAEL D. MEALER AND ) | |
| DEPUTY JOHN DOE, ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO MODIFY THE INITIAL CASE MANAGEMENT ORDER

Comes now the Parties and files this Joint Motion to Modify the Initial Case Management Order. The proposed modifications are as follows:

1. Paragraph no. 6 the deadline for completing depositions is extended until January 31, 2025; and,

2. Paragraph no. 8 for the Plaintiff to identify and disclose expert witnesses is extended until February 14, 2025, and the Defendants shall identify and disclose expert witnesses by April 4, 2025.

3. The parties have worked together on discovery and these modifications will not affect the date of dispositive motions being filed as outlined in paragraph no. 10 or the trial scheduled to begin on November 18, 2025.

1